FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00608-CV

**INTERNATIONAL PAPER COMPANY**, Robert Medina, and Phillip Quintanilla,
Appellants

v.

Robert **SANCHEZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI17334
Honorable Nicole Garza, Judge Presiding

# O R D E R

Appellant has filed an Unopposed Motion to Stay Pending Settlement, stating that the parties have settled the issues between them and are preparing the necessary documentation. We GRANT appellant's motion to stay. Deadlines in this appeal are suspended until March 1, 2023.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court